IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY VICKERS,

    Plaintiff,

vs.                              CASE NO. 3:09cv527/RS-MD

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Before me is the Amended Report of Attorneys' Planning Meeting (Doc. 10), in which the parties consent to trial by a Magistrate Judge. The parties are directed to complete and file **not later than May 25, 2010**, *FLN Form 85, Consent To The Exercise Of Jurisdiction By A United States Magistrate Judge*, at which time this case will be referred to U. S. Magistrate Judge Miles Davis to conduct all further proceedings in the case, including non-jury trial, and to order the entry of a final judgment.

**ORDERED** on May 11, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**